ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                      Plaintiff,

    -against-

AURORA ISRAEL, THE ISRAEL FAMILY LIFE
INSURANCE TRUST, ESTHER ISRAEL, Individually and
as Original Trustee for THE ISRAEL FAMILY LIFE INSURANCE
TRUST, MENAHEM PERETS, Individually and as Successor
Trustee for THE ISRAEL FAMILY LIFE INSURANCE TRUST,
BISYS INSURANCE SERVICES, INC., MAYER SIMON, MARC
GELBTUCH, MOISE SWARTZ, and GEMACH KEREN HILLEL,

                      Defendants.
-----------------------------------------------------------------x

JUDGE KARAS
08 CIV. 2971

Civil Action No.:

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American General Life Insurance Company (a private non-governmental party) certifies that it is an indirect, wholly-owned subsidiary of American International Group, Inc. ("American International"), a publicly traded corporation. American General is owned by AIG American General, Inc. ("AIG"). AIG is owned by American International.

Dated:    March 21, 2008
              White Plains, New York

                          Respectfully Submitted,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By: _____
                      Michelle M. Arbitrio, Esq. (MA 2137)
                      Attorneys for Plaintiff
                      American General Life Insurance Company
                      3 Gannett Drive
                      White Plains, NY 10604
                      Tel.: (914) 323-7000
                      Fax: (914) 323-7001

1930648.1