

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                                      **Civil Action No.:**

                Plaintiff,

                                      **Notice of Appearance**

      -against-

AURORA ISRAEL, THE ISRAEL FAMILY LIFE
INSURANCE TRUST, ESTHER ISRAEL, Individually and
as Original Trustee for THE ISRAEL FAMILY LIFE INSURANCE
TRUST, MENAHEM PERETS, Individually and as Successor
Trustee for THE ISRAEL FAMILY LIFE INSURANCE TRUST,
BISYS INSURANCE SERVICES, INC., MAYER SIMON, MARC
GELBTUCH, MOISE SWARTZ, and GEMACH KEREN HILLEL,

                            Defendants.
-------------------------------------------------------------------x

Please take notice that Michelle M. Arbitrio is appearing as counsel on behalf of plaintiff American General Life Insurance Company in the captioned matter. Please forward all correspondence regarding this matter to my attention.

                                        Respectfully Submitted,

                                        */s/ M. Arbitrio*
                                       Michelle M. Arbitrio (MA 2137)
                                       Wilson Elser Moskowitz Edelman & Dicker LLP
                                       Attorneys for Defendant
                                       American General Life Insurance Company
                                       3 Gannet Drive
                                       White Plains, NY 10604
                                       Tel. (914) 323-7000
                                       Fax. (914) 323-7001

1930671.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )SS :
COUNTY OF WESTCHESTER    )

UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

On the 26th day of March, 2008, deponent served the within

### NOTICE OF APPEARANCE

a copy of the foregoing which was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
UNDINE MASSIAH

Sworn to before me this
26th day of March, 2008

_____
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May31, 2010

1934564.1