06/19/2008 16:01   12126956602           SCHINDEL_FARMAN
                    12126956602

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                  Plaintiff,

-against-

AURORA ISRAEL, THE ISRAEL FAMILY LIFE
INSURANCE TRUST, ESTHER ISRAEL, Individually and
as Original Trustee for THE ISRAEL FAMILY LIFE INSURANCE
TRUST, MENAHEM PERETS, Individually and as Successor
Trustee for THE ISRAEL FAMILY LIFE INSURANCE TRUST,
MARC GELBTUCH, MOISE SWARTZ, and GEMACH KEREN
HILLEL,

                  Defendants
--------------------------------------------------------------x

**Stipulation of Joint Dismissal**

Civil Action No.:
08-CV-2971
(KMK)(MDF)

### Stipulation of Joint Dismissal

The Plaintiff, American General Life Insurance Company, by and through undersigned counsel, and the Defendants, Aurora Israel, The Israel Family Life Insurance Trust, Esther Israel, Individually and as Trustee for the Israel Family Life Insurance Trust, Menahem Perets, Individually and as Successor Trustee for the Israel Family Life Insurance Trust, Marc Gelbtuch, Moise Schwartz, and Gemach Keren Hillel, by and through undersigned counsel, have agreed to voluntary dismissal WITH PREJUDICE all claims through the date of the filing of this stipulation.

Dated:      June 3, 2008

                                            Respectfully Submitted,

                                            _____
                                            Michelle M. Arbitrio, Esq.
                                            Wilson Elser
                                            Attorneys for Plaintiff

2008347.1
RECEIVED TIME   JUN. 19.   4:02PM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

06/19/2008  16:01    12126956602                SCHINDEL_FARMAN                           PAGE  03/03
                                12126956602

Ira Lipsius, Esq.
Schindel, Farman, Lipsius,
Gardner & Rabinovich LLP
Attorneys for Defendants

So ORDERED:

_____
M.S.D.J.

DATED: 6/25/08

2008347.1
RECEIVED TIME  JUN. 19.  4:02PM